# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

395

KA 10-01178

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                     MEMORANDUM AND ORDER

DARRYL P., DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (CHRISTINE M. COOK OF COUNSEL), FOR DEFENDANT-APPELLANT.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JAMES P. MAXWELL OF COUNSEL), FOR RESPONDENT.

---

Appeal from an adjudication of the Onondaga County Court (William D. Walsh, J.), rendered November 2, 2009. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed.

Memorandum: Defendant was adjudicated a youthful offender based upon his plea of guilty of aggravated criminal contempt (Penal Law § 215.52) and was sentenced to five years of probation. Defendant appeals from an adjudication revoking the sentence of probation and sentencing him to an indeterminate term of 1 to 3 years of incarceration. Contrary to the People's contention, we conclude that this appeal is not moot (*cf. People v Mackey*, 79 AD3d 1680, 1681, *lv denied* 16 NY3d 860).

Contrary to defendant's contention, County Court did not abuse its discretion in denying his request for an adjournment (*see People v Aikey*, 94 AD3d 1485, 1486, *lv denied* 19 NY3d 956). Contrary to defendant's further contention, the determination of the court that he violated the terms of his probation is not against the weight of the evidence (*see People v Garries*, 299 AD2d 858, 858, *lv denied* 99 NY2d 558; *see generally People v Bleakley*, 69 NY2d 490, 495).

Entered:  April 26, 2013                        Frances E. Cafarell
                                                Clerk of the Court